**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01226-CV

## IN THE MATTER OF THE MARRIAGE OF DELMA DOMAGALSKI AND HENRY DOMAGALSKI

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-0889-Z**

## ORDER

The reporter's record in this case is past due. By postcard dated September 23, 2013, we notified the Court Reporter the reporter's record was overdue and directed the Court Reporter to file the reporter's record within thirty days. By order dated February 18, 2014, we again notified the Court Reporter that the reporter's record was overdue. We ordered the Court Reporter to file the reporter's record within thirty days. To date, the Court Reporter has not filed the reporter's record or otherwise corresponded with the Court regarding the status of the reporter's record.

Accordingly, this Court **ORDERS** Court Reporter Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record; or (2) written verification that appellant has not been found indigent and has not paid for the record. We expressly **CAUTION** Glenda Johnson that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:


Honorable David Lopez
Presiding Judge
256th Judicial District Court

Glenda Johnson
Official Court Reporter
256th Judicial District Court

/s/     CAROLYN WRIGHT
CHIEF JUSTICE